IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FREDERICK LUCERO,

      Petitioner,

vs.                                        No. 2:20-cv-00773-KWR-KRS

STATE OF NEW MEXICO,

      Respondent.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Motion for Habeas Corpus filed by Petitioner Frederick Lucero on July 30, 2020 (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the Motion for Habeas Corpus filed by Petitioner Frederick Lucero on July 30, 2020 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b).

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE